# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TG—2006 HOLDINGS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> SYNC.COM INC., <br><br> *Defendant*. | § <br> § <br> § <br> § <br> § <br> §    CIVIL ACTION NO. 2:24-CV-00075-JRG <br> § <br> § <br> § <br> § <br> § |

## **ORDER**

Before the Court is the FRCP 41(a)(1)(A)(i) Dismissal with Prejudice (the "Notice") filed by Plaintiff TG—2006 Holdings, LLC ("Plaintiff"). (Dkt. No. 12.) In the Notice, Plaintiff dismisses the above-captioned action against Defendant Sync.com Inc. ("Defendant") with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 7th day of August, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE